IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Flores, Javier

Printed: 5/13/08

Case Number: 07 B 21846
Judge: Hollis, Pamela S
Filed: 11/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 31, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,509.20 | 0.00 |
| 2. | National Capital Management | Secured | 0.00 | 0.00 |
| 3. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | Great American Finance Company | Secured | 1,000.00 | 0.00 |
| 5. | Ocwen Loan Servicing LLC | Secured | 36,980.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 69.99 | 0.00 |
| 7. | Discover Financial Services | Unsecured | 0.00 | 0.00 |
| 8. | Great American Finance Company | Unsecured | 393.70 | 0.00 |
| 9. | JC Penney Corporation Inc | Unsecured |  | No Claim Filed |
| 10. | Nicor Gas | Unsecured |  | No Claim Filed |
| 11. | TCF Bank | Unsecured |  | No Claim Filed |
| 12. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 13. | Sams Club | Unsecured |  | No Claim Filed |
|  |  |  | $ 40,952.89 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Flores, Javier

Printed: 5/13/08

Case Number: 07 B 21846
Judge: Hollis, Pamela S
Filed: 11/20/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

